[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Reed*, Slip Opinion No. 2022-Ohio-1327.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2022-OHIO-1327

THE STATE OF OHIO, APPELLEE, *v*. REED, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Reed*, Slip Opinion No. 2022-Ohio-1327.]**

*Court of appeals' judgment reversed, and cause remanded to trial court to consider appellant's motion for leave to file delayed motion for new trial in light of* State v. Bethel.

(No. 2020-1337—Submitted April 12, 2022—Decided April 26, 2022.)

APPEAL from the Court of Appeals for Montgomery County, No. 28442, 2020-Ohio-3574.

_____

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court to consider appellant Rashaan O. Reed's motion for leave to file a delayed motion for a new trial in light of *State v. Bethel*, __ Ohio St.3d __, 2022-Ohio-783, __ N.E.3d __.

O'CONNOR, C.J., and KENNEDY, FISCHER, DEWINE, DONNELLY, STEWART, and BRUNNER, JJ., concur.

————————————

Mathias H. Heck, Montgomery County Prosecuting Attorney, and Andrew T. French, Assistant Prosecuting Attorney, for appellee.

Keating Muething & Klekamp, P.L.L., Michael T. Cappel, and Paul R. Kerridge, for appellant.

————————————